**Robert E. GARNER, Trustee of Standard Milling Company, Plaintiff-Appellee,**

**v.**

**Joe T. BOYD, M. S. Knisely et al., Defendants-Appellants.**

**No. 71–1026**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Robert E. Ford, Abilene, Tex., for defendants-appellants.

[1]. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

John E. Vickers, Walker Metcalf, Edwin M. O'Connor, III, Lubbock, Tex., for plaintiff-appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

We are in agreement with the well considered memorandum opinion of the district court, Garner v. Boyd, 330 F. Supp. 22 (N.D.Tex.1970), and its judgment is affirmed.